# AFFIDAVIT

I, GERALD REED, STATE THE FOLLOWING:

HERE AT LAKE COUNTY FACILITY, NO WHERE IS direction, to share, when a detainee exhaust his/or her remedy, After the grievance/or complaint process. Reed, has went as far as the Indiana Supreme court to ask these question. [Being from Illinois, there the springfield Ill. is where Detainees/and those who are convicted proceed, with the grievance process].

Reed, ask that this proceeding, after asking all departments in lake county facility, be recommended to share within their handbook, where to go next. Due to exhausting all remedy. Because it will be denieing any detainee hear at lake county access to the court, which is a violation, of the Equal protection right. Under the United states constitution

Here Reed, can not deliver you a copy of any grievance or complaint. Due to lake county, only allow this process to go forth through a computer network/or tablet source!

# Complaint (227498172)
# Complaint (226599992)                 Living
# Complaint (225890042)                 conditions
# Complaint (225680932)                 Mail
# Complaint (204451272)                 Official misconduct
# Complaint (230353502)

All these complaints, are gone on deaf ears. What the purpose for a system if it not about change!

Dear Head Warden Todd Wasmer                                  2/24/2023

I have wrote on your computer about my problems within the facility. With the MOID staff misconduct, and living conditions, and no one will do their job. Please move me out this cell. Cause your Assistant Warden Mrs. Brown. Observed the MOID in cell W/A 306. on 2/22/2023 and nothing has been done.

My health problems are getting no better. Please do something please.

Thank you
God Bless


Exhibit (A)

STATEMENT OF FACTS

I, GERALD L. REED states the following TRUE to the best of my knowledge.

On/or about FEBUARY 6, 2023 I felt complication of shortness of breath, with headaches and chest pain. The next day or about Feb. 7, 2023. It would not go away or stop. So I decided to sign up for sick call, to see a doctor. On/or about Feb 9, 2023. I seen a John Doe nurse, ect. who gave me a pill. and scheduled me to see a doctor. I was charged $15. I did not have the money, but I refuse to allow this problem to go unseen.   I seen Jane Doe thereafter, who prescribe me Ventolin HFA, along with several X-rays. Nothing showed up, for what she said.

Sometime, thereafter I complained to C/O Moldeke about my cell, was leaking water, also Mr. Markellichiters Jr. and Warren Parobek. Me and Mr. Harris lived in W/A Unit 306, and Markellichiters and Parobek lived in W/A unit 304, and they was moved out of cell 304, and. Me and Mr. Harris stayed in cell 306.   On/or about Feb. 10, 2023, I had medical problems. And was seen by R.N./or C.N. John and Jane Doe which gave me a few pumps of Ventolia HFA, and scheduled me to see a Doctor. More X-rays was taken and seen by a Doctor. On the 22nd of Feb I seen that Doctor Jane Doe, and she scheduled me to see Mental Health. Due to me explain of constant breathing, and mold like substance on the floor of W/A Unit 306 and other places within the compound. Hours later I was seen by Men. Health personnal John Doe and explain the mold, and

(1)

problems with staff, not doing there job, with regards to my complaints. John Doe was writting things down as I explain. Sometime thereafter on this same day Feb 22, 2023. Warden Brown and her staff. was doing a compliance cell check. In each cell when she enter Room. W/A 306. I informed her, who I was, and she responded that she knew of me, Mr. Reed. (I was very sure because I have wrote her with complaints of staff conduct, and living condition).

Before Mrs. Brown had the opportunity to leave, I asked her, would she please remove the wet towel on the floor." Which her own statement was it mold in W/A 306, and pull her phone out took pictures and radio it out. For her staff to know. I have wrote maintance and wrote grievances about this issue as my problem with a cough, headaches, chest pain and breathing get's worser. I am very scared that this mold has settled in my system, and/or cause me to have medical concerns. At my age 59, with several medical problems Diebate 2 and seizures with high blood pressure and heart conditions.

Days after seeing the Doctor, Mental Health and Warden Brown. On/or about Feb 30, 2023. Reed (Plaintiff) went to see Doctor John Doe, at urgent care. And the Doctor shared with (Plaintiff), the mental health report only stating that (Plaintiff) explained he did not have any mental issues. Reed explained to everyone about the mold in the cell. And everyone turned a blind

R/E's or deaf ears, to the seriousness of what MOLD can do to the human body!

On/or about March 10, 2023 Maintance personnal (Mr. Meyers) returned to the Unit, and looked into the pipe chase to see the damages/or leaking of water in W/A 306 and 307. These were not the only two cell that had problems. 304 & 305, along with 401, 406. From my observation of view of Mr. Meyers and his assistance help. Doing patch work to repair any problem. As Mr. Meyers did in the month of Feb. When he asked (Plaintiff) to monitor, if problems happen to the leak. But Mr. Meyers had not did any thing about the MOLD!

On/or about March 10, 2023. (Plaintiff) went on a hunger strike, to at least bring awareness to everyone about this MOLD, was causing bad problems to detainees in Lake County. Plaintiff is very formular with MOLD because during his pass incarceration at Cook County Divison and Units within Cook County was closed down, because MOLD has destroyed to construction/ and material of the building.

Staff within W/A unit refuse to adhere to the demands of (Plaintiff Reed) hunger strike. So Reed demanded that he be moved out of the cell. Plaintiff packed his property. And he was transferred to Protective Custody, without the ability to state why, and what for. On this unit (guys) detainees throw Doo-Doo, piss, ect and it is also un health. I wrote to the grievence process. But at this moment

the delay. Is causing (Plaintiff health) to become very poor. I don't wish nobody else has to go through this. On this date Feburary 11, 2023. I can not use the phone, connect with telmet, to ease the process of any corresponse with any department in Lake County facility.

Please help, before someone get seriously hurt or die.

I did finally recieve my Ventolin HFA. Yor to help me breathing on Feb 10, 2023. After complaining to medical staff.

/s/ [signature]
GERALD REED

Exhibit (A)

Dear Mrs. Brown                                   2/28/2023

I talk to you on 2/22/2023. When you came to my cell. And observed the mold.

I went to medical, and still have not gotten my ventolin HFA. Nor been moved at this cell. My health is getting worser. Sometime I can't go to sleep or scared to go to sleep. Due to my breathing problems, and chest pain.

PLEASE MOVE ME. I have wrote you, and the departments that may help, on the computer as required.

Thank you
GOD BLESS!

[signature]

EXHIBIT (B)

No where in Lake County's Hand book, or Manuel, states after the process of any grievance or Archic Digital process, with any Department within Lake County. From the Warden's office denial. Does it say where to proceed, with the grievance process.

Also what is not included in this grievance process. Is there any personnel over the grievance process of appeal.

[Plaintiff is now in the hospital, and without any ability to know how his health is, at this moment!] But Reed is scared to go to sleep. This rely on him to allow his mind, to go down roads, he shouldn't in fear of health concerns.

Please help, for no one else have to suffer the same pain I am dealing with. No Human being should have to endure such pain and suffering!

/s/ Gerald Reed
GERALD REED

EXHIBIT (D)



# Office of Court Services

Mary Kay Hudson, Executive Director • 317-232-1313 • courts.in.gov

March 9, 2023

Mr. Gerald Reed
c/o Lake County Jail
2293 N. Main Street
Crown Point, IN 46307

Dear Mr. Reed,

I am writing in response to your letter postmarked March 3, 2023. In your letter, you asked the Indiana Supreme Court to look into your complaints regarding the Lake County Jail.

Please be advised the Court cannot act on letters from litigants, interested parties, or the public. Rather, its jurisdiction is limited to considering cases and controversies properly brought before it in accordance with state law and the Indiana Rules of Court. Because there are no laws or rules of court that allow the Supreme Court to investigate your complaints, the Court cannot take any action in response to them.

I hope this information is helpful, but we cannot be of further assistance.

Respectfully,

*Jennifer G. Shircliff*

Jennifer G. Shircliff
*Staff Attorney, Indiana Supreme Court Services*

JGS/

Exhibit (E)