# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

GERALD L. REED,

[You are the PLAINTIFF (print your full name on this line.)]

v.

TODD WASMER - FCI,

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

**FILED**
MAY 15 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number 2:23-cv-125

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] TODD WASMER | WARDEN |
| 2 | [Put the names of any other defendants in these boxes.] JANE DOE - BROWN | ASST. WARDEN |
| 3 | JOHN DOE - MEYER | MAINTANCE |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **5**

2. What is the name and address of your prison or jail? **LAKE COUNTY JAIL 2293 N. MAIN STREET, CROWN POINT IND. 46307**

3. Did the event you are suing about happen there? ⦿ Yes. ◯ No, it happened at: _____
   **W/A UNIT, CELL 306**

4. On what date did this event occur? **ON/OR ABOUT FEBURARY 6, 2023**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On/or about Feb. 6, 2023, felt complication of shortness of breath, with headaches and chest pain. Seen medical on Feb 9th 2023 charged $15. To my discovery mold, was growing within the cells. W/A 306 and 302. Mr. Markelliehters Jr. and Paddock, was moved. While Reed remained still suffering with the problem, along with Harris in cell W/A 306. Medical examed Plaintiff, but fail to document the true facts of the mold he explained. Plaintiff was given Ventolia HFA. And scheduled numberous of x-rays, ECT.

At medical again as was referred to Mental Health as though Plaintiff, was dealing with mental health problem. Plaintiff seen Mental Health personnal and explain the breathing problems, chess pain and the mold in his cell. But the Mental Health personnal, did not document the facts of mold in the cell. Hours after seeing medical and Mental Health. Asst. Warden Brown, did a compliance check, on each cell on W/A unit. When Mrs. /or Ms. Brown finishrn Mr. Reed and Harris cell. W/A 306 unit. Reed asked Asst. Warden Brown to look up under the towel on the

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

floor, next to the toilet, where the leak of wetness was comming from. Asst. Warden Brown took her phone out and took photos of the mold, and radioed to her staff that mold was in w/a unit 306. After taking pictures of the mold and the cell number. On/or around 2/22/23. Maintance Meyer came and cleaned up the mold several times in the pipe chase. then on March 10, 2023 returnt to clean up all the mold on the floor. In 302/w/a Plaintiff asked to move from the cell. But his cry went on deaf ears.

No one should have to suffer from such mistreatment. Reed wrote, Warden Wasmer on 2/26/2023, wrote Asst. Warden Brown on 2/28/2023, wrote grievence throughout the course, before filing this complaint. Even Executive Director at Indiana Supreme Court. Dated March 9, 2023.

Plaintiff Reed went on a hunger strike, and request to C/O Mowete. to transfer him out the cell. Due to health problem, Reed was after his demand, to be transferred retaliated against and put in protective custody with mental ill detainees, throwing pies, and po-jo. on other detainees, staff, and nurses. Plaintiff have not asked to be in P.C. for the fact that he said his life was in danger. beside the mold at that moment.

Plaintiff is treated unfair. because him writting staff up about his health concerns. Nobody should have to go through this. for perhapes even die, from staff not doing their job! (This mold put staff at risk, as well! Moved to 3A unit, Mold, Rust and other disorders are there!

5. When did this event happen?
    ○ Before I was confined.
    ⊙ While I was confined awaiting trial.
    ○ After I was convicted while confined serving the sentence.
    ○ Other: _____

6. Have you ever sued anyone for this exact same event?
    ○ No.
    ⊙ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
        case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
    ○ No, this event is not grievable at this prison or jail.
    ⊙ Yes, I filed a grievance and attached is a copy of the response from the final step.
    ○ Yes, this event was grievable, but I did not file a grievance because _____
    THE GRIEVANCE PROCESS IS ONLY ON THE INMATE
    COMPUTOR.

8. If you win this case, what do you want the court to order the defendant(s) to do?
    [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
    PREPARE THE UNIT/OR BUILDING INSTRUCTION
    THAT NOBODY SHOULD HAVE TO ENDURE THE SUFFER-
    ING A PAIN I WENT THROUGH.

[Initial Each Statement]
    ____ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
    ✓ I will keep a copy of this complaint for my records.
    ✓ I will promptly notify the court of any change of address.
    ✓ I WILL NOT send more than one copy of any filing to the court.
    ____ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
    ✓ I declare **under penalty of perjury** that the statements in this complaint are true.

    I placed this complaint in the prison mail system on 5 / 6 /2023 at 5:12 am/pm.
    [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

    _____           224090 2/95
    Signature                                  Prisoner Number

    [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]