UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

GERALD L. REED,

Plaintiff,

v.

CAUSE NO. 2:23-CV-125-JTM-JPK

TODD WASNER, et al.,

Defendants.

OPINION AND ORDER

Gerald L. Reed, a prisoner without a lawyer, was granted until January 11, 2024, to file a second amended complaint. ECF 12. He was cautioned that if he did not do so by the deadline, this case would be dismissed under 28 U.S.C. § 1915A without further notice because the current complaint does not state any claims upon which relief can be granted. *Id*. On January 9, 2024, a notice of change of address from Reed was received. ECF 13. In it, Reed claims he placed a second amended complaint in the mail at the Lake County Correctional Facility. He asks the court to send him a copy of it at his current location, the Reception Diagnostic Center.

The court has not received the second amended complaint, so it cannot be sent to Reed. However, in the interests of justice, the court will grant Reed additional time to submit his second amended complaint.

For these reasons, the court:

(1) EXTENDS the deadline to file a second amended complaint *sua sponte*;

(2) GRANTS Gerald L. Reed until **February 16, 2024**, to file a second amended complaint; and

(3) CAUTIONS Gerald L. Reed if he does not respond by the deadline, this case

may be dismissed under 28 U.S.C. § 1915A without further notice because the current complaint does not state any claims upon which relief can be granted.

So ORDERED this 24th day of January, 2024.

s/ Joshua P. Kolar
MAGISTRATE JUDGE JOSHUA P. KOLAR
UNITED STATES DISTRICT COURT